UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

MICHAEL A. GREENGRASS, an individual,

      Plaintiff,

vs.

WEST ASSET MANAGEMENT, INC.,
a Delaware corporation,

      Defendant.

_____/

## COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF

Plaintiff, Michael A. Greengrass, an individual, sues Defendant, West Asset Management, Inc., a Delaware corporation, and alleges:

### *JURISDICTION*

1.     This is an action for violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227, which provides for a private cause of action for violations of the TCPA and regulations promulgated thereunder by the Federal Communications Commission ("FCC"), 47 C.F.R., Part 64, Subparts 1200 and 1601.

### *ALLEGATIONS AS TO PARTIES*

2.     At all times material hereto, Plaintiff, Michael A. Greengrass ("Mr. Greengrass") was *sui juris* and a resident of Broward County, Florida.

3.     At all times material hereto, Defendant, West Asset Management, Inc. ("West Asset") was a Delaware corporation doing business in Broward County, Florida.

4.      At all times material hereto, West Asset was a third party debt collector for various creditors.

5.      At all times material hereto, West Asset routinely made collection and other calls to its customers using automated dialing systems and pre-recorded messages.

### *FACTUAL ALLEGATIONS*

6.      Several years prior to the filing of the instant action, Mr. Greengrass obtained a student loan ("Greengrass Student Loan") financed by the United States Department of Education ("Department").

7.      At some time prior to February 2011, the Department retained West Asset for the purpose of collecting monies purportedly owed under the Greengrass Student Loan.

8.      Commencing in February 2011, West Asset made repeated unlawful automated calls to the cellular phone of Mr. Greengrass, including but not necessarily limited to the following messages:

02/24/2011:  This message is for Michael Greengrass. This is Victoria Austin give me a call from West Asset Management, a collection agency. When you get this message give me a call toll free at 888-872-0035. This is an attempt to collect a debt; any information obtained will be used for that purpose.

04/22/2011:  Hello. Good morning. This is a message. This is [inaudible] Daniel calling from West Asset Management, a collection agency. This message is for Michael Greengrass. When you receive this message, please call us toll free at 888-872-0035. My extension is 330. We thank you for your prompt response. Again our number is 888-872-0035. My extension is 330. This is an attempt to collect a debt and any information obtained will be used for that purpose. Thank you.

04/25/2011: Hello. This is Anita [inaudible] and I'm calling from West Asset Management, a collection agency. This message is for Michael Greengrass. Once you receive this message, please call us toll free at 888-872-0035. We thank you for your prompt reply. Once again our number is 888-872-0035. This is an attempt

to collect a debt and any information obtained will be used for that purpose.

06/01/2011:  Hello. This is Angela [inaudible] from West Asset Management, a collection agency. This message is for Michael Greengrass. Once you receive this message, return the call toll free at 888-872-0035. We thank you for your prompt reply. This is an attempt to collect a debt and any information obtained will be used for that purpose.

07/08/2011:  Hello. This is Maurice Turner calling for Michael Greengrass. I'm calling from West Asset Management, a debt collector. When you receive this message, please return the call toll free at 877-416-0007, extension 457. This is an attempt to collect a debt and any information obtained will be used for that purpose. Once again 877-416-0007, extension 457. Thank you for your prompt reply.

07/13/2011:  Hello. This is Brian Blocker calling from West Asset Management, a collection agency. This message is for Michael Greengrass. When you receive this message, please call us toll free at 877-416-0007. Thank you for your prompt response. Once again our number is 877-416-0007. This is an attempt to collect a debt and any information obtained will be used for that purpose.

07/14/2011:  Hello. This is Brian Blocker calling from West Asset Management, a collection agency. This message is for Michael Greengrass. When you receive this message, please call us toll free at 877-416-0007. Thank you for your prompt response. Once again our number is 877-416-0007. This is an attempt to collect a debt and any information obtained will be used for that purpose.

07/25/2011: Hello. This is [inaudible] Evans calling from West Asset Management, a collection agency. This message is for Michael Greengrass. Once you receive this message, please call me toll free at 888-872-0045. My extension is 349. We thank you for your prompt reply. This is an attempt to collect a debt and any information obtained will be used for that purpose.

9.      Mr. Greengrass did not give consent to West Asset to contact Mr. Greengrass by any means.

10.      West Asset used an unlawful auto dialer and pre-recorded messages to call the cellular phone of Mr. Greengrass without permission to do so in violation of the TCPA.

11.      West Asset used an illegal predictive dialer to call the cellular phone of Mr.

Greengrass without permission to do so in violation of the TCPA.

12. West Asset used an illegal prerecorded call to call the cellular phone of Mr. Greengrass without permission to do so in violation of the TCPA.

13. As more particularly described above, West Asset placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of Mr. Greengrass in violation of 47 U.S.C. §227(b)(1)(A)(iii).

14. There is no exception or justification for the numerous violations of the TCPA by West Asset.

15. Each call to the cellular phone of Mr. Greengrass is a separate violation and entitles Mr. Greengrass to statutory damages against West Asset in the amount of at least Five Hundred Dollars ($500.00) per call pursuant to 47 U.S.C. §227(b)(3).

16. West Asset willfully and knowingly violated the TCPA and the regulations promulgated thereunder to the extent that the Court may, in its discretion, increase the amount of statutory damages to One Thousand Five Hundred Dollars ($1,500.00) per call pursuant to 47 U.S.C. §227(b)(3).

WHEREFORE, Plaintiff, Michael A. Greengrass, an individual, demands judgment against Defendant, West Asset Management, Inc., a Delaware corporation, for:

A. Statutory damages;

B. A declaration that the calls of Defendant violated the TCPA;

C. A permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone

-4-

dialing system or pre-recorded or artificial voice without the prior express

consent of the called party; and

D.      Such other and further relief as the Court deems appropriate.


**<u>DEMAND FOR JURY TRIAL</u>**

Plaintiff, Michael A. Greengrass, pursuant to Rule 38, Federal Rules of Civil Procedure,

demands a trial by jury of all issues so triable.


/s/ Robert W. Murphy
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telecopier
Email: rphyu@aol.com